UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


| | | |
|---|---|---|
| GAYLA LONG | ) | |
| | ) | |
| v. | ) | NO. 2:07-CV-9 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |

**O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. The plaintiff has filed objections to this report. [Doc. 21].

After careful and *de novo* consideration of the record as a whole and the Report and Recommendation of the United States Magistrate Judge, [Doc. 20], and for the reasons set out in the Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the motion for summary judgement filed by the plaintiff is **DENIED**, [Doc. 15], and the motion

for summary judgment filed by the defendant is **GRANTED.** [Doc. 17]

    ENTER:

                                        s/J. RONNIE GREER
                                  UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
       CLERK OF COURT